## STATE OF CONNECTICUT *v.* AFSCME, COUNCIL 4, LOCAL 1565

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 49 Conn. App. 33 (AC 16958), is granted, limited to the following issue:

"Did the Appellate Court properly conclude, under the circumstances of this case, that when an arbitration award is vacated for lack of mutuality, finality and definiteness, under General Statutes § 52-418 (a) (4), the matter may be referred back to the original arbitrator for the rendering of a definite award, without the necessity of additional evidence, rather than being referred to a new arbitrator for a new hearing?"

The Supreme Court docket number is SC 15974.

*Thomas P. Clifford III*, assistant attorney general, in support of the petition.

*Jason W. Cohen,* in opposition.

Decided July 23, 1998